*E-filed 1/12/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JANE WANG, <br><br>             Plaintiff, <br><br>    v. <br><br> HOWARD LEVINE and WEIDLINGER ASSOCIATES, <br><br>             Defendant. | Case No. 05-03269 HRL <br><br> **ORDER TERMINATING SETTLEMENT COUNSEL PARTICIPATION IN THE ASSISTED SETTLEMENT CONFERENCE PROGRAM** |

The above-entitled action was placed in the Assisted Settlement Conference Program. Upon the application by an unrepresented party, Settlement Counsel was designated to educate and assist the unrepresented party in preparation for, participation in, and follow up to a settlement conference in this case.

The court is informed that plaintiff recently retained private counsel. Accordingly, the court now removes this case from the Assisted Settlement Conference Program. This terminates any further responsibilities of Adam Wang, Settlement Counsel in this case.

Case No. 05-03269 HRL
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM

The court extends its thanks to Settlement Counsel for counsel's efforts in the Assisted Settlement Conference Program, furthering the administration of justice in the Northern District of California.

IT IS SO ORDERED.

Dated: 1/12/06

                                            /s/ Howard R. Lloyd
                                          United States District/Magistrate Judge

Case No. 05-03269 HRL
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM        2

United States District Court
For the Northern District of California

1  THIS SHALL CERTIFY THAT NOTICE WILL BE SENT TO:

2  Natalie P. Vance      nvance@klinedinstlaw.com, jbrelsford@klinedinstlaw.com

3  Adam Wang      waqw@sbcglobal.net

4  Frank E. Mayo      fmayolaw@aol.com

5  * Counsel are responsible for providing copies of this order to co-counsel.

7  Date: 1/12/06

                                          /s/RNR

                          Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

Case No.  05-03269 HRL
ORDER TERMINATING SETTLEMENT COUNSEL
PARTICIPATION IN ASSISTED SETTLEMENT
CONFERENCE PROGRAM      3