```
1  Natalie P. Vance, Esq., Bar No. 206708
   Gregory M. Guth, Esq., Bar No. 208755
2  KLINEDINST PC
   1107 9th Street, Suite 680
3  Sacramento, California 95814
   (916) 444-7573; FAX (916) 444-3592
4
   Attorneys for Defendant WEIDLINGER ASSOCIATES, INC. (Erroneously sued as
5  "WEIDLINGER ASSOC.")
```

FILED
FEB 1 4 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE

| | |
|---|---|
| JANE WANG,<br><br>    Plaintiff,<br><br>v.<br><br>WEIDLINGER ASSOC.,<br><br>    Defendant. | Case Number: C05 03269 HRL<br><br>[PROPOSED] ORDER EXCUSING PERSONAL ATTENDANCE AT SETTLEMENT CONFERENCE<br><br>Date: February 28, 2006<br>Time: 9:30 a.m.<br>Dept.: Courtroom 4<br><br>Courtroom:<br>Judge: Hon. Richard Seeborg<br>Complaint Filed: August 10, 2005<br>Trial Date: None Set. |

TO ALL COUNSEL AND PARTIES OF RECORD:

By letter dated February 10, 2006, Defendant Weidlinger Associates, Inc. ("Weidlinger") requested that its insurance carrier representative be excused from personally appearing at the Settlement Conference scheduled for February 28, 2006, at 9:30 am in San Jose.

///

///

///

1

**[PROPOSED] ORDER**

1    Upon consideration of the request, the Court finds good cause for excusing personal
2    attendance. Therefore, it is hereby ORDERED that Weidlinger's authorized insurance carrier
3    representative be available by telephone from 9:30 am Pacific Standard Time until the parties are
4    discharged from the Settlement Conference.

6    February 14, 2006

                                      Judge Richard Seeborg
                                      United States Magistrate Judge